AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 1 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**OFFENSE CHARGED**
SEE ATTACHMENT A

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
SEE ATTACHMENT A

**DEFENDANT - U.S.**
▶ MARIANO CORONADO

**DISTRICT COURT NUMBER**
CR07-0727 DLJ

---

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   GARTH HIRE, AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?   ☐ Yes ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

## ATTACHMENT A
## PENALTY SHEET

### *UNITED STATES v. MARIANO CORONADO & COLE YOUNGER BURNETT*

### COUNTS ONE AND TWO

21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)
**Distribution of Methamphetamine**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment |
| | Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT THREE

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii)
**Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT A

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHMENT A

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**
▶ COLE YOUNGER BURNETT

DISTRICT COURT NUMBER
CR07-0727   DLJ

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   GARTH HIRE, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

ATTACHMENT A
PENALTY SHEET

*UNITED STATES v. MARIANO CORONADO & COLE YOUNGER BURNETT*

COUNTS ONE AND TWO

21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)
**Distribution of Methamphetamine**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment<br>Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

COUNT THREE

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii)
**Conspiracy to Distribute and Possess With Intent to
Distribute Methamphetamine**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: OAKLAND

FILED
NOV 1 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CR07 0727 DLJ



UNITED STATES OF AMERICA,

V.

MARIANO CORONADO, and
COLE YOUNGER BURNETT,

DEFENDANT.

---

# INDICTMENT

21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) - Distribution of Methamphetamine;
21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii) - Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine;

---

A true bill.

_____ Foreman

Filed in open court this 15th day of November 2007

_____ Clerk

Nov 15, 2007

Bail, $   CORONADO   NO BAIL ARREST WARRANT
         BURNETT    NO BAIL ARREST WARRANT

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                     OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR07-0727 DLJ |
| Plaintiff, ) | VIOLATIONS: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Methamphetamine; 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii) – Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine |
| v. ) | |
| MARIANO CORONADO, and COLE YOUNGER BURNETT, ) | |
| Defendants. ) | OAKLAND VENUE |

FILED
2007 NOV 15 PM 12:30

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Methamphetamine)

On or about August 28, 2007, in the Northern District of California, defendant,

MARIANO CORONADO,

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 20.8 grams of actual methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii).

INDICTMENT

1

Document No.
District Court
Criminal Case Processing

COUNT TWO:    (21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii) – Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine)

On or about September 13, 2007, in the Northern District of California, defendants,

MARIANO CORONADO, and
COLE YOUNGER BURNETT,

did knowingly and intentionally conspire to distribute and possess with intent to distribute, a Schedule II controlled substance, namely, approximately 11.4 grams of actual methamphetamine in violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(B)(viii).

COUNT THREE:    (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Methamphetamine)

On or about September 13, 2007, in the Northern District of California, defendants,

MARIANO CORONADO, and
COLE YOUNGER BURNETT,

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 11.4 grams of actual methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii).

DATED: November 15, 2007         A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
BRIAN STRETCH
Chief, Criminal Division

(Approved as to form: _____
                        AUSA GARTH HIRE

INDICTMENT

2