| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 16 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR: 12/14/07 10:24:37-10:40:28 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | | DATE<br>12/14/07 | NEW CASE ☐ | CASE NUMBER<br>CR-07-00727-DLJ |

### APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. ☐ RET. ☐ |
|---|---|---|---|---|---|
| MARINO CORONADO | | Yes | P | Frank Bell | APPT. ☒ |
| U.S. ATTORNEY | INTERPRETER | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D | |
| Garth Hire | Int. not needed by the deft. | | | | |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Taifa Gaskins | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>4 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ DETENTION HRG<br>10 Mins HELD | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT HEARING<br>2 Mins HELD |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED DEC 1 4 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT<br>3 COUNTS | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED    ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO ALL 3 COUNTS | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>1/4/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>D. LOWELL JENSEN | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 1/4/08 FOR EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

ADDITIONAL PROCEEDINGS

Based on the deft's criminal history, the Court concluded that there are no conditions that could be imposed on the deft's pretrial release at this time that would provide reasonable assurance of the safety of the community and would reasonably assure his appearance in court. The Court ordered the deft. DETAINED. The govt's atty. provided the Court with an Amended Penalty Sheet.

cc: WDB's Stats, Frances, Pretrial

DOCUMENT NUMBER: