UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  1/4/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

v.                                                            **No.**  CR-07-00727-DLJ

**Defendant:**  Mariano Coronado [present; in custody]
              Cole Younger Burnett [present; in custody]

**Appearances for AUSA:**  Garth Hire

**Appearances for Defendant:** Erik Babcock  specially appearing for Frank Bell as to **Defendant**
                                                                                **Mariano Coronado**
                      Erik Babcock - for **Defendan**t Cole Younger Burnett

**Interpreter:** not needed
**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
| --- | --- |
| Setting/Stat | -HELD |

**Notes:**

**Case Continued to**  2/8/08 at 9:00AM     **for**  Status

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     Opposition Due:
**Case Continued to**                   for Pretrial Conference

**Case Continued to**        for             Trial

**Excludable Delay: Category: Begins:**  1/4/08        **Ends:** 2/8/08

Case 4:07-cr-00727-DLJ    Document 11    Filed 01/04/2008    Page 2 of 2