UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  2/8/08

**Clerk:** Frances Stone
**Court Reporter:** Diane Skillman

**Plaintiff:**  United States

**v.**                                                              **No.**  CR-07-00727-DLJ

**Defendant:**     Mariano Coronado [present; in custody]
              Cole Younger Barnett [present, in custody]

**Appearances for AUSA:**  Garth Hire


**Appearances for Defendant:** Def Coronado:  Frank Bell
                              Def Barnett:  Erik Babcock

**Interpreter:**
**Probation Officer:**

**Reason for Hearing:**              **Ruling:**

STATUS                          -HELD

Indictment is amended to reflect TRUE NAME of Defendant: Cole Younger **Barnett**.


**Notes:**  Case as to Defendant Mariano Coronado is REFERRED TO PROBATION for a
Pre-Plea Report - Criminal History Only.


**Case Continued to:**  4/4/08 at 9:00AM      for Defendant Coronado- CHANGE OF PLEA

**Case Continued to:**   2/22/08 at 9:00AM      for Defendant Barnett- CHANGE OF PLEA

**Case Continued to**                  for Pretrial Conference
**Case Continued to**        for         Trial

**Excludable Delay: Category**    **Begins: 2/8/08**   **Ends: 4/4/08** (Def Coronado)
**Excludable Delay: Category: Begins:  2/8/08**           **Ends: 2/22/08**(Def Barnett)

cc: PROBATION