9AM
I/C
E-FILING CASE

9:37 Am — 9 Am

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
MAY 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 5/16/08

Case No: CR -07-00727-01-DLJ            Judge: D. Lowell Jensen
Reporter: RAYNEE MCCLAND                Clerk: Frances Stone

Defendant(s):                                                    Defense Counsel:
MARIANO CORONADO   Present? Y   In Custody? Y    FRANK BELL
_____   Present? __  In Custody? __  _____
_____   Present? __  In Custody? __  _____
_____   Present? __  In Custody? __  _____
_____   Present? __  In Custody? __  _____
_____   Present? __  In Custody? __  _____
_____   Present? __  In Custody? __  _____

US Attorney:       Interpreter:              US Probation Officer:
GARTH HIRE

Reason for Hearing:                                Ruling:
CHANGE OF PLEA                                     — HELD
GUILTY PLEA TO COUNT ONE OF THE INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED

Notes: GOV MO TO DISMISS REMAINING CTS 2,3
DEFERRED TO SENTENCING DATE

Case continued to: 8/1/08 AT 10 AM  for SENTENCING
Case continued to: _____ for _____
Case continued to: _____ for _____
  Motions to be filed by _____; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for Trial

Excludable Delay: Category: __  Begins: __  Ends: __

CC: PROBATION