FILED

MAY 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Case Number | CR-07-00727-01-DLJ |
| Defendant's Name | **MARIANO CORONADO** |
| Defendant's Counsel | Frank Bell |
| Due Date | 8/1/08 AT 10AM |
| | 1   Courtroom         Floor  4th |

~~~~~NOTICE TO DEFENSE COUNSEL~~~~~

**The Court has directed that a:**

|  |  |
|---|---|
| __XX__ | Presentence Investigation |
| _____ | Bail Investigation |
| _____ | Bail Supervision |
| _____ | Postsentence Investigation |
| _____ | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

✓ cc to Counsel
✓ cc to Probation             by: _Frances Stone_
                              Frances Stone, Deputy Clerk

Dated: 5/16/08

**US PROBATION OFFICE**~~~~~
Is defendant in custody?    Yes or No
Is defendant English speaking?    Yes or No [Interpreter:_____]
Defendant's address: _____
_____
_____