FRANK BELL, SBN 038955
A Law Corporation
333 Bradford Street, Suite 270
Redwood City, California 94063
(650)365-8300

Attorney for Defendant
MARIANO CORONADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIANO CORONADO,<br><br>    Defendant.<br>_____/ | No. CR 07-00727 DLJ<br><br>**DEFENDANT'S MEMORANDUM RE SENTENCING**<br><br>Date: August 1, 2008<br>Time: 10:00 a.m.<br>Judge: Jensen |

    Comes now defendant, MARIANO CORONADO, and files this brief sentencing memorandum in this matter.

    Defendant agrees with the recommendation of the probation office in the pre-sentence report and requests that the court impose the five (5) year sentence as recommended and for the reasons expressed therein.

Dated: July 21, 2008

                                  _____
                                  FRANK BELL
                                  Attorney for Defendant
                                  MARIANO CORONADO