10AM
Y/C
E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
AUG 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 8/1/08

Case No: CR-07-00727-DLJ    Judge: D. Lowell Jensen

Reporter: RAYNEE MERCADO    Clerk: Frances Stone

Defendant(s):              Defense Counsel:

MARIANO CORONADO   Present? Y   In Custody? Y   FRANK BELL

_____   Present? __  In Custody? __  _____
_____   Present? __  In Custody? __  _____
_____   Present? __  In Custody? __  _____
_____   Present? __  In Custody? __  _____
_____   Present? __  In Custody? __  _____
_____   Present? __  In Custody? __  _____

US Attorney:     Interpreter:       US Probation Officer:
GARTH HIRE                          BRIAN CASAI

Reason for Hearing:              Ruling:
SENTENCING                       - HELD

COUNT 1 - DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS
FOR A TERM OF 60 MONTHS. DEF PLACED ON SUPERVISED RELEASE
4 YEARS. A $100 ASSESSMENT IS DUE IMMEDIATELY.
GOV MO TO DISMISS REMAINING COUNTS 2 AND 3 IS GRANTED.

Notes: _____

Case continued to: _____ for _____
Case continued to: _____ for _____
Case continued to: _____ for _____
  Motions to be filed by _____ ; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for Trial

Excludable Delay: Category: ____ Begins: ____ Ends: ____