FILED
SEP 27 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff(s),

v.

MARIANO CORONADO,

    Defendant.

No. CR07-0727-JSW

ORDER FOR RELEASE FROM FEDERAL CUSTODY

The defendant having appeared before the undersigned Magistrate Judge, and upon good showing, IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant(s).

Dated: September 27, 2017

KANDIS A. WESTMORE
United States Magistrate Judge