United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIANO CORONADO,<br>Defendant. | Case No. 07-cr-00727-JSW-1<br><br>**ORDER TO DEFENDANT'S COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
|---|---|

This matter was scheduled for a status hearing on November 7, 2017, to address the alleged violations of Defendant's supervised release. On that date, counsel for Defendant, Linda Fullerton, Esq., did not appear and did not communicate directly with the Court about why she was unable to appear on this date. Instead, another attorney appeared in her stead and represented to the Court that Ms. Fullerton had a conflicting court appearance in state court. According to the representations made to the Court, Ms. Fullerton contacted a prosecutor – not the prosecutor assigned to this case – and asked that prosecutor to try and locate defense counsel to appear on her and her client's behalf to request a one week continuance.

This Court has procedures that are to be followed when counsel is unable to appear and seeks to have substitute counsel appear on their behalf. *See* Criminal Standing Orders, ¶ 3. Ms. Fullerton did not follow those procedures. In addition, this is not the first time the Court has issued an Order to Show Cause directed at Ms. Fullerton. *See United States v. King*, No. 16-cr-13, Dkt. Nos. 152, 155.

Accordingly, Ms. Fullerton is HEREBY ORDERED TO SHOW CAUSE why the Court should not: (1) impose sanctions in the amount of $1000.00 for her failure to appear and to follow the Court's procedures regarding requesting leave to have substitute counsel appear; and (2) refer

this matter to the Standing Committee on Professional Conduct.

Ms. Fullerton's response to this Order to Show Cause shall be due by no later than November 14, 2017.

**IT IS SO ORDERED.**

Dated: November 7, 2017

_____
JEFFREY S. WHITE
United States District Judge